Submitted on record and briefs April 27, convictions affirmed; remanded for resentencing May 27, 1992

STATE OF OREGON,
*Respondent,*

*v.*

REX ROBERT WEISS,
*Appellant.*

(90-1706, 91-1009;
CA A71578 (Control), A71579)
(Cases Consolidated)

830 P2d 637

Sally L. Avera, Public Defender, and Jesse Wm. Barton, Deputy Public Defender, Salem, filed the brief for appellant.

Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, Jonathan H. Fussner, Assistant Attorney General, and James H. Juliussen, Certified Law Student, Salem, filed the brief for respondent.

Before Warren, Presiding Judge, and Joseph, Chief Judge, and Riggs, Judge.

PER CURIAM

## PER CURIAM

Under a plea agreement, defendant pleaded guilty to two charges. For each conviction, the trial court imposed an incarceration term and a post-prison supervision term. The court purported to impose a condition on each term of post-prison supervision.

The state concedes that the trial court lacked authority to impose post-prison supervision conditions. *State v. Dodson*, 111 Or App 643, 825 P2d 662 (1992); *State v. Potter*, 108 Or App 480, 816 P2d 661 (1991). We accept the concession.

Convictions affirmed; remanded for resentencing.